IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-089-KAJ |
| | : |
| BETTY D. PITTMAN, | : |
| | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL

The United States, by Colm F. Connolly, United States Attorney for the District of Delaware, requests the Clerk of the United States District Court for the District of Delaware, to voluntarily dismiss, without prejudice, the complaint of the United States of America against Betty D. Pittman, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

        Respectfully Submitted

        COLM F. CONNOLLY
        United States Attorney

  By: /s/Patricia C. Hannigan
        Patricia C. Hannigan
        Assistant United States Attorney
        Delaware Bar I.D. No. 2145
        The Nemours Building
        1007 Orange Street, Suite 700
        P. O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277
        Patricia.Hannigan@usdoj.gov

Dated: June 23, 2005

**CERTIFICATE OF SERVICE**

      I, Patricia C. Hannigan, hereby certify that on **June 23, 2005**, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of the Court using CM/ECF. Notification of such filing will be served by First Class Mail on the following:

**Betty D. Pittman**
4506 Federalsburg Road
Bridgeville, DE 19933

                              COLM F. CONNOLLY
                              United States Attorney

                        By: /s/Patricia C. Hannigan
                              Patricia C. Hannigan
                              Assistant United States Attorney